UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 10-10282-GAO

DAMIAN CLEMENTE,
Petitioner,

v.

LUIS SPENCER,
Respondent.

ORDER
March 31, 2011

O'TOOLE, D.J.

The petitioner's motion to adopt the memorandum filed by his state-court codefendant, Anthony Clemente, filed in the latter's habeas case pending before me, Clemente v. O'Brien, Civil Action No. 10-10279, and to consolidate the cases for consideration (dkt. no. 8) is GRANTED. This case will be consolidated with the prior case just referred to.

The respondent's motion to stay briefing (dkt. no. 9) is now, by the passage of time, MOOT.

A status conference will be scheduled in the near future in the consolidated action to discuss a briefing schedule.

It is SO ORDERED.

    /s/ George A. O'Toole, Jr.
United States District Judge